[No. 13741-1-II.  Division Two.  April 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE
MAULDIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 146453R170, Frederick B. Hayes, J., entered
March 6, 1990. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Worswick, C.J., and Morgan,
J.

[No. 13190-1-II.  Division Two.  April 25, 1991.]

·THE STATE OF WASHINGTON, *Respondent,* v. JACKSON
JAMES JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88-1-01255-5, John N. Skimas, J., entered
September 19, 1989. *Affirmed in part* and *reversed in part*
by unpublished opinion per Alexander, J., concurred in by
Worswick, C.J., and Petrich, J.

[No. 12802-1-II.  Division Two.  April 25, 1991.]

J.C. PENNEY COMPANY, INC., *Appellant,* v. THE CITY
OF TACOMA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 271861, Thomas A. Swayze, Jr., J., entered
March 31, 1989. *Reversed* by unpublished opinion per
Wieland, J. Pro Tem., concurred in by Petrich, A.C.J., and
Zellmer, J. Pro Tem.